UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH Z. DECOSSAS, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 16-03786 |
| ST. TAMMANY PARISH SCHOOL BOARD, ET AL. | SECTION: "G"(5) |

## ORDER

Defendant has filed a motion in this case which, including exhibits, is 253 pages in length. (Rec. doc. 35). The hearing on said motion being July 12, 2017, on or before July 6, 2017, Defendant shall deliver a hard copy of said motion and exhibits to the undersigned's chambers at 500 Poydras Street, Room B419. This copy must be bound, tabbed, and reflect pagination and document numbers consistent with the electronic document stamping of the CM/ECF system. Counsel for and the parties are reminded that any future filings greater than 50 pages in total length shall automatically be subject to the same requirement.

New Orleans, Louisiana, this 22nd day of June, 2017.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE