MINUTE ENTRY
NORTH, M.J.
JULY 12, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELIZABETH Z. DECOSSAS, ET AL.                    CIVIL ACTION

VERSUS                                            NUMBER: 16-03786

ST. TAMMANY PARISH SCHOOL BOARD, ET AL.           SECTION: "G"(5)

**HEARING ON MOTION**

COURT REPORTER:  Karen Ibos

APPEARANCES:     Thomas Schneidau, David Pittman, Fred Salley

MOTION:

(1)   Defendant's Motion to Compel (Rec. doc. 35).
(2)   Defendants' Motion to Compel and for Sanctions (Rec. doc. 39).

_____:        Continued to

_____:        No opposition

 1, 2  :         Opposition

**ORDERED**

_____:        Dismissed as moot.

_____:        Dismissed for failure of counsel to appear.

_____:        Granted.

_____:        Denied.

 1, 2  :         Other.  Subject to the supplementation ordered below, within two weeks Plaintiffs are to provide Defendants with revised answers/responses to the written discovery that was previously propounded by Defendant Gerchow, with the particular discovery requests to be re-stated in full preceding each

MJSTAR (00:50)

answer/response as required by Local Rules 33.2, 34.1, and 36.1 and those answers/responses to be signed by Plaintiffs under oath as required by law.

Interrogatory No. 1: Plaintiffs are to answer as to witnesses presently known.

Interrogatory No. 2: Plaintiffs are to answer to provide a summary of the testimony of presently-known witnesses.

Interrogatory No. 3: to be answered by the deadlines set forth in the scheduling order in place in this litigation.

Interrogatory No. 5: Plaintiff, Ronald DeCossas, is to fully answer.

Interrogatory No. 6: Plaintiffs are to answer.

Interrogatory No. 7: Plaintiff, M.D., is to fully answer.

Interrogatory No. 11: Plaintiffs are to answer.

Interrogatory No. 12: for any denials that were made in response to Defendant's requests for admissions, Plaintiffs are to supplement their answers to provide the facts supporting said denials.

Interrogatory No. 14: subject to the limitations of FRE R. 609, Plaintiffs are to answer.

Request for Production No. 1: Plaintiffs are to supplement their responses to state that the only responsive documents they possess are those that were previously provided to the School Board Defendants.

Request for Production Nos. 2, 3: to be responded to by the deadlines set forth in the scheduling order in place in this litigation.

Request for Production Nos. 6-8, 9-10: the parties are to confer and are to enter into a judicially-binding stipulation respecting the damages that Plaintiffs seek in this matter. If past/future lost wages and past/future medical expenses are still at issue in this case, the particular Requests directed to those elements of damages are to be responded to accordingly.

Request for Production No. 11: the parties are to confer to verify that the appropriate tutorship order/"consent decree" has been provided.

With respect to the deposition issue framed by the Defendants, having reviewed the deposition transcript of June 7, 2017, the Court finds that said proceeding was terminated/suspended without justification under FRCP R. 30(d)(3) for the reasons stated more fully in open court. Accordingly, and to

allow for the prompt resolution of any issues that may arise, the deposition of M.D. is to be resumed and those of the other two Plaintiffs are to be taken in the undersigned's courtroom on a date(s) and time(s) to be secured and agreed upon by counsel within two weeks. At said depositions, the Plaintiffs may be questioned on the texts/e-mails/statements that are central to the claims and defenses in this matter. Defendants' requests for attorneys' fees and expenses are held in abeyance pending the outcome of those depositions.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE